THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOSE ARMANDO MUJICA RODRÍGUEZ, <br><br> Petitioner, <br><br> v. <br><br> RYAN ARBON, et al., <br><br> Respondents. | **ORDER FOR SUPPLEMENTAL BRIEFING** <br><br> Case No. 1:26-cv-00107-RJS <br><br> District Judge Robert J. Shelby |

Before the court is Petitioner Jose Armando Mujica Rodríguez's Petition for Writ of Habeas Corpus.[1] On July 2, 2026, the court issued an Order to Show Cause.[2] Respondents filed a timely response on July 7, 2026, and Petitioner filed a timely reply on July 8, 2026.[3]

This is a court of limited jurisdiction.[4] "Standing is a prerequisite to a federal court's subject matter jurisdiction."[5] The Petitioner has the burden of establishing standing.[6] This court has discretion to order supplemental briefing when deciding a jurisdictional question.[7]

Accordingly, the court ORDERS Petitioner to file a supplemental brief addressing standing by Monday, July 20, 2026 at 1:00 PM. Specifically, the supplemental brief must

---

[1] Dkt. 1, *Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C § 2241* (*Petition*); *see* 28 U.S.C. § 2243 (authorizing the issuance of a writ of habeas corpus).

[2] Dkt. 6, *Order to Show Cause*.

[3] Dkt. 8, *Federal Respondents' Response to Order to Show Cause* (*Response*); Dkt. 9, *Reply*.

[4] *Dutcher v. Matheson*, 733 F.3d 980, 984 (10th Cir. 2013).

[5] *Scott v. Allen*, 153 F.4th 1088, 1093 (10th Cir. 2025).

[6] *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61 (1992).

[7] *Scott*, 153 F.4th at 1094.

explain why his injury is "actual and imminent, not conjectural or hypothetical."[8]  The brief must also provide the status of Petitioner's bond hearing request, including whether such request has rendered this habeas petition moot.  If desired, Respondents may file their own supplemental brief on standing by Wednesday, July 22, 2026 at 1:00 PM.

SO ORDERED this 14th day of July 2026.

BY THE COURT

_____
JUDGE ROBERT J. SHELBY
United States District Court

---

[8] *Lujan*, 504 U.S. at 560 (citation modified); *see also Response* at 3–4.